# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MUHAMMAD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORENO, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00577-LJO-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO SERVE DEFENDANTS WITH HIS INITIAL DISCLOSURES AND FILE A SCHEDULING CONFERENCE STATEMENT<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE ORDER REQUIRING INITIAL DISCLOSURES (ECF NO. 19)<br><br>TWENTY-EIGHT DAY DEADLINE |

　　　　Maurice Muhammad ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 4, 2018, the Court issued an order setting an initial scheduling conference, requiring the parties to exchange initial disclosures, and requiring the parties to file scheduling conference statements. (ECF No. 19).

　　　　The deadline for exchanging initial disclosures passed, and according to Defendants, Plaintiff failed to provide Defendants with his initial disclosures (ECF No. 22, p. 2). Additionally, the deadline for filing scheduling conference statements has passed, and Plaintiff has failed to file his scheduling conference statement.

　　　　Therefore, the Court will vacate the initial scheduling conference that is currently set for

August 29, 2018, at 3:00 p.m., and give Plaintiff four weeks to serve Defendants with his initial disclosures and to file a scheduling conference statement. Plaintiff's scheduling conference statement should confirm that he has served Defendants with his initial disclosures.

Failure to comply with this order may result in the dismissal of this case with prejudice for failure to prosecute and failure to comply with court orders.[1]

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Within **twenty-eight (28) days** from the date of service of this order, Plaintiff shall serve Defendants with his initial disclosures and file a scheduling conference statement. Plaintiff's scheduling conference statement should confirm that he has served Defendants with his initial disclosures. The Court will reset the initial scheduling conference if it receives a scheduling conference statement from Plaintiff that complies with this Court's orders;
2. The Clerk of Court is directed to send Plaintiff a copy of the order requiring initial disclosures (ECF No. 19); and
3. Failure to comply with this order may result in the dismissal of this case with prejudice for failure to prosecute and failure to comply with court orders.

IT IS SO ORDERED.

Dated: **August 22, 2018**        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that one of Plaintiff's prior cases, Muhammad v. Komin, E.D. CA, 1:15-cv-01373, was recently dismissed for failure to prosecute and failure to comply with court orders. Muhammad v. Komin, ECF No. 40.